UNITED STATES *v.* M. A. HOENECKE (HUBERT W. WHITE, INC.)

No. 5711.—Invoice dated London, England, November 6, 1941.
        Entered at St. Paul, Minn., December 8, 1941.
        Entry No. A 841.

(Decided September 14, 1942)

*Paul P. Rao,* Assistant Attorney General (*Richard H. Welsh,* special attorney), for the plaintiff.
*Wallace & Schwartz* for the defendant.

CLINE, Judge: This appeal to reappraisement has been submitted for decision upon the following stipulation:

It is hereby stipulated and agreed, subject to the approval of the court, that the market value or price at the time of exportation of the wool traveling rugs, wool dressing gowns, and wool mufflers involved herein, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported in the usual wholesale quantities and in the ordinary course of trade, including the cost of all containers and coverings of whatever nature and all other costs, charges and expenses incident to placing the merchandise in condition packed, ready for shipment to the United States, is as follows:

Appraised unit value plus 1½% plus packing.

It is further stipulated and agreed that there was no higher export value for the merchandise herein at the time of exportation.

It is further agreed that this case may be submitted on the foregoing stipulation.

On the agreed facts I find that foreign value, as that term is defined in section 402 (c) of the Tariff Act of 1930, as amended, is the proper basis for the determination of value of the merchandise herein involved, and that the foreign values of the wool traveling rugs, wool dressing gowns, and wool mufflers are the appraised unit value plus 1½ per centum and plus packing.

Judgment will be entered accordingly.